UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK JOSEPH McMAHON and SANDRA
GAGLIARDY McMAHON,

                Plaintiffs,                              25-CV-1323 (JMF)

      -v-                                                  ORDER

BJW REALTY LLC,

                Defendant.
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 25, 2025 Order, ECF No. 10, Plaintiff was required to file proof of service of that Order on Defendant within two business days of that Order. To date, Plaintiff has not filed proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 7, 2025**.

      SO ORDERED.

Dated: March 5, 2025
       New York, New York

                                                   JESSE M. FURMAN
                                       United States District Judge