UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                            :

PATRICK JOSEPH McMAHON and SANDRA    :
GAGLIARDY McMAHON,                          :
                            :
               Plaintiffs,     :            25-CV-1323 (JMF)
                            :
        -v-                   :           ORDER
                            :
BJW REALTY LLC,                       :
                            :
               Defendant.    :
                            :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **February 27, 2025**, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 13. To date, Defendant has failed to appear in this action. No later than **April 29, 2025**, Plaintiffs shall submit a letter addressing whether Plaintiffs have had any contact with Defendant or if they have any other reason to believe that Defendant has actual notice of this lawsuit.

       Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

       SO ORDERED.

Dated: April 22, 2025
      New York, New York

                                   JESSE M. FURMAN
                               United States District Judge