UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PATRICK JOSEPH McMAHON and SANDRA :
GAGLIARDY McMAHON, :
:
                    Plaintiffs, : 25-CV-1323 (JMF)
:
         -v- : ORDER
:
BJW REALTY LLC, :
:
                    Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Pursuant to the Court's April 22, 2025 Order, ECF No. 15, Plaintiffs were required to file a letter, the contents of which are described therein, by April 29, 2025. Plaintiffs were also required to file proof of service of the Court's Order within three business days of that Order. To date, Plaintiffs have not filed either a letter or a proof of service. As a courtesy, the deadline for both is hereby EXTENDED, *nunc pro tunc*, to **May 1, 2025**.

    Further, Plaintiffs are reminded that, per the Court's earlier Scheduling Order, they must submit their proposed case management plan and joint letter by the Thursday prior to the upcoming conference, currently scheduled for May 6, 2025. If Plaintiffs believe that conference should be adjourned along with the deadline for their proposed case management plan and joint letter, they should file a letter on the docket by **May 1, 2025** making that request. Unless and until the Court orders otherwise, however, the conference will proceed at the date and time previously set, and all accompanying deadlines remain in effect.

    In the event a conference is held, it will be held **by telephone** and potentially at a different time than currently scheduled. To that end, counsel should indicate in their joint letter

dates and times during the week of the conference that they would be available for a telephone conference.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

    Plaintiffs shall serve a copy of this Order electronically and/or by first-class mail on Defendant within two business days from the date of this Order and shall file proof of such service within three business days of the date of this Order

    SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                         JESSE M. FURMAN
                                         United States District Judge