UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                      :

PATRICK JOSEPH McMAHON, et al.,                 :

                                  Plaintiffs,                                    :
                                                                            :             25-CV-1323 (JMF)
                    -v-                                                :
                                                                            :                ORDER

BJW REALTY LLC, et al.,                                  :

                                  Defendants.                                 :
                                                                            :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today, no later than **August 14, 2025**, the parties shall file a joint letter on the docket:

- updating the Court on any communications with the thus-far absent Defendants;

- proposing next steps, including any necessary extensions to the discovery schedule or possible default motion practice against Defendants who have failed to answer; and

- informing the Court whether the parties would like to be referred to the assigned Magistrate Judge or to the Court-annexed mediation program for settlement.

       SO ORDERED.

Dated: August 5, 2025
          New York, New York
                                                                        JESSE M. FURMAN
                                                                  United States District Judge