```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                            :
PATRICK JOSEPH McMAHON, et al.,                             :
                                                            :
                        Plaintiffs,                         :
                                                            :      25-CV-1323 (JMF)
        -v-                                                 :
                                                            :           ORDER
BJW REALTY LLC, et al.,                                     :
                                                            :
                        Defendants.                         :
                                                            :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      This Order addresses two issues surrounding a Defendant that has so far failed to appear, Ambassador Construction Co., Inc. ("Ambassador"). First, Ambassador is in default as to Plaintiffs, who served it with their Third Amended Complaint on June 25, 2025, ECF No. 48, and as to Defendant BJW Realty LLC ("BJW Realty"), which served Ambassador with its Answer and Crossclaims on July 14, 2025, ECF No. 49. Plaintiffs have already obtained a Clerk's certificate of default, ECF No. 78. The third Defendant and cross-claimant, United States of Aritzia Inc. ("Aritzia"), has also asserted crossclaims against Ambassador, ECF No. 57, and has indicated that it intends to seek default judgment against Ambassador, ECF No. 68. But while Aritizia filed its Answer and Crossclaims on August 7, 2025, it has not yet filed proof of service on Ambassador on the docket.

      No later than **August 29, 2025**, Aritzia shall serve Ambassador with its answer and crossclaims (if it has not done so already) **and** file proof of such service on the docket. Also by **August 29, 2025**, BJW Realty shall file a letter on the docket indicating whether it intends to seek default judgment against Ambassador.

The parties who have appeared have also filed a proposed consent to the jurisdiction of a magistrate judge to conduct all proceedings in this case. ECF No. 64. "The law is clear, however, that a magistrate judge cannot enter default judgment against a party absent the defaulting party's consent to the jurisdiction of the magistrate judge to enter final judgment." *Ideavillage Prods. Corp. v. Antiker*, No. 1:20-CV-04681-MKV, 2021 WL 1987382, at *1 (S.D.N.Y. May 17, 2021). Accordingly, the Court will refrain from so ordering the consent form until the status of Ambassador has been resolved as to all claims that have been asserted against it by all parties. In light of that, the undersigned will — for now — continue to preside over the case for all purposes.

**No later than August 29, 2025**, Plaintiffs shall serve a copy of this Order on Ambassador and file proof of such service on the docket.

SO ORDERED.

Dated: August 26, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge