UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK JOSEPH MCMAHON,
SANDRA GAGLIARDY MCMAHON,

                          Plaintiffs,                   **25-CV-01323 (VF)**

           -against-                         **ORDER**

BJW REALTY LLC, UNITED STATES OF
ARITZIA INC., AMBASSADOR
CONSTRUCTION CO., INC.

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, October 10, 2025**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday, October 10, 2025**.

       SO ORDERED.

DATED:    New York, New York
               September 22, 2025

                                                             _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge