**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PATRICK JOSEPH MCMAHON,
SANDRA GAGLIARDY MCMAHON,

                    Plaintiffs,              **25-CV-01323 (VF)**

        -against-                  **ORDER**

BJW REALTY LLC, UNITED STATES OF
ARITZIA INC., AMBASSADOR
CONSTRUCTION CO., INC.

                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The summons to third-party Accurate Electrical Contractors Corp. was executed on

November 3, 2025. ECF No. 108. Accurate Electrical has yet to appear or answer in this action.

The parties are directed to file a status update on Accurate Electrical by **January 16, 2026.**

       **SO ORDERED.**

DATED:    New York, New York
           December 19, 2025

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge