**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PATRICK JOSEPH MCMAHON,
SANDRA GAGLIARDY MCMAHON,

                       Plaintiffs,                        **25-CV-01323 (VF)**

         -against-                             **ORDER**

BJW REALTY LLC, UNITED STATES OF
ARITZIA INC., AMBASSADOR
CONSTRUCTION CO., INC.

                       Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Accurate Electrical is directed to state whether it consents to the jurisdiction of a

Magistrate Judge as Accurate Electrical was not a party to the case when the parties consented at

ECF No. 94.

       All parties are directed to provide a joint status update by **January 30, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
             January 23, 2026

                                          _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge